# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN BENNETT, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SABRINA GORE, et al., )<br>)<br>    Defendants. ) | Civil Action No. 18-18 Erie<br><br>Judge Cathy Bissoon<br>Chief Magistrate Judge Maureen P. Kelly |

## ORDER DISMISSING CASE

On February 22, 2018, the Court entered an Order denying Plaintiff's motion for leave to proceed *in forma pauperis* and directing him to pay the full $400.00 filing fee for this civil action on or before March 16, 2018. *See* Doc. 5. Plaintiff was expressly advised that, in the event he failed to comply with the filing fee deadline, his case would be dismissed for failure to prosecute.

The March 16th deadline has now come and gone, and the filing fee has not been paid. Consistent with the February 22nd Order, and pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984), the case now is subject to dismissal. Specifically, dismissal is warranted under the Poulis factors regarding Petitioner's personal responsibility; his failure to demonstrate excusable neglect; the lack of effective, alternative sanctions; and the lack of meritoriousness of the underlying claims. *Id.* at 868.

For all of these reasons, the above-captioned case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

March 22, 2018                                                               s\Cathy Bissoon
                                                                                                        Cathy Bissoon
                                                                                                        United States District Judge

cc (via First-Class U.S. Mail):

Allen Bennett
36570
Erie County Prison
1618 Ash Street
Erie, PA 16503